ESTELLE GARRISON, as Executrix of GEORGE GARRISON, Deceased, Appellant, *v.* AUGUST J. PORR, Respondent, Impleaded with Another.

FLOYD W. BOWERS, Appellant, *v.* AUGUST J. PORR, Respondent, Impleaded with Another.

BURR BOWERS, Appellant, *v.* AUGUST J. PORR, Respondent, Impleaded with Another.

ARTHUR L. BOWERS, Appellant, *v.* AUGUST J. PORR, Respondent, Impleaded with Another.

(Argued April 7, 1931; decided May 12, 1931.)

*Ellsworth Baker* for appellants.

*Nellie Childs Smith* and *John D. Lyons* for respondents.

Judgment in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.